IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| STEVEM C. SMITH, as Conservator for B.J., a minor child, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 15-0371-CG-C |
| TRAVIS TURNER, <u>et</u> <u>al.</u>, | ) ) ) | |
| Defendants. | ) | |

## ORDER

After due and proper consideration of the issues raised, and a <u>de novo</u> determination of those portions of the recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) dated August 15, 2017, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that:

1. The motion to dismiss filed by Defendants Cochran and Oliver (Doc. 138) is **GRANTED**; therefore, Counts XI and XII of Plaintiff's fourth amended complaint (Doc. 134) brought against Defendants Cochran and Oliver are **DISMISSED.**

2. The motion to dismiss filed by the Mobile County Commission ("MCC") (Doc. 141) is **GRANTED in part** and **DENIED in part.** MCC's motion to dismiss Counts XIII and XIV of Plaintiff's fourth amended complaint is **GRANTED**; therefore, said Counts are **DISMISSED.** MCC's motion to dismiss Plaintiff's claims of deliberate indifference to serious medical needs, found in Count XI of the fourth amended complaint, is **DENIED.**

3.  Defendant MCC's motion to strike (Doc. 141) is **GRANTED**; therefore, Plaintiff's demand for punitive damages is **STRICKEN** from the record.

**DONE and ORDERED** this 7th day of December, 2017.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE