# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| STEVEN C. SMITH, as Conservator for B.J., a minor child, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) | CIVIL ACTION NO. 15-371-CG-C |
| ) TRAVIS TURNER, et al., ) ) | |
| Defendants. ) | |

## ORDER

After due and proper consideration of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 29, 2017 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 16th day of January, 2018.

/s/   Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE