IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

STEVEN C. SMITH, as Conservator )
for B.J., a minor child, )
 )
    Plaintiff, )
 )
vs. ) CIVIL ACTION NO. 15-371-CG-C
 )
TRAVIS TURNER, et al., )
 )
    Defendants. )

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** Defendant Dewanna Deloach's Motion to Dismiss Plaintiff's Fourth Amended Complaint, (Doc. 157), is **GRANTED** and Plaintiff Steven C. Smith's, as Conservator for B.J., a minor child, claim against Defendant Deloach that is found in Count VII of Plaintiff Smith's fourth amended complaint, (Doc. 134), is **DISMISSED WITHOUT PREJUDICE**, and Defendant Thomas Wesley's Motion to Dismiss Plaintiff's Fourth Amended Complaint, (Doc. 178), is **GRANTED** and Plaintiff Smith's claim against Defendant Wesley that is found in Count VII of Plaintiff Smith's fourth amended complaint, (Doc. 134), is **DISMISSED WITHOUT PREJUDICE**.

**DONE and ORDERED** this 16th day of January, 2018.

                                   /s/ Callie V. S. Granade
                                 SENIOR UNITED STATES DISTRICT JUDGE