IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN C. SMITH, as Conservator for Brandon Jeffries, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 15-0371-CG-C ) |
| TRAVIS TURNER, et al., | ) ) |
| Defendants. | ) |

## ORDER

The parties having advised this Court that the above referenced case has settled, the pretrial conference scheduled for August 13, 2018 and jury selection scheduled for August 28, 2018 are hereby **CANCELLED.** The pending motions for summary judgment (Docs. 223, 237, 242), motions to strike and/or preclude (Docs. 192, 229, 241, 268, 269, 292-297), and motion to sever (Doc. 291) are deemed to be **MOOT**.

**DONE** and **ORDERED** this 10th day of August, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE